United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>ROBERT S. EDWARDS,<br><br>        Debtor.<br>_____/<br>ROBERT S. EDWARDS,<br><br>        Appellant(s),<br>  v.<br>PRIVATE CAPITAL FUND, LLC,<br><br>        Appellee(s).<br>_____/ | CASE NO. 5:13-cv-05613 EJD<br><br>**ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Lucy H. Koh for a determination as to whether this case is related to <u>Edwards v. Private Capital Fund, LLC</u>, Case No. 5:13-cv-05612 LHK, an action currently pending before Judge Koh.

Since the court finds relation a precursor to consolidation, the Stipulation to Consolidate before Judge Davila (<u>see</u> Docket Item No. 3) is TERMINATED.

**IT IS SO ORDERED.**

Dated: December 9, 2013

                                            EDWARD J. DAVILA
                                            United States District Judge

1

CASE NO. 5:13-cv-05613 EJD
ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS