**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN JOSE DIVISION

10   IN RE:                                    CASE NO. 5:13-cv-05613 EJD

11   ROBERT S. EDWARDS,              **ORDER REFERRING CASE TO JUDGE
                                     LUCY H. KOH FOR CONSIDERATION
12                                   OF RELATED CASE STATUS**
                  Debtor.
13   _____/

14   ROBERT S. EDWARDS,

15
                  Appellant(s),
16        v.

17   PRIVATE CAPITAL FUND, LLC,

18
                  Appellee(s).
19   _____/

20          Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable

21   Lucy H. Koh for a determination as to whether this case is related to Edwards v. Private Capital

22   Fund, LLC, Case No. 5:13-cv-05612 LHK, an action currently pending before Judge Koh.

23          Since the court finds relation a precursor to consolidation, the Stipulation to Consolidate

24   before Judge Davila (see Docket Item No. 3) is TERMINATED.

25   **IT IS SO ORDERED.**

26   Dated:  December 9, 2013

27                                   EDWARD J. DAVILA
                                     United States District Judge
28

1