UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT S. EDWARDS,<br><br>　　　　　　Appellant,<br><br>v.<br><br>PRIVATE CAPITAL FUND, LLC,<br><br>　　　　　　Appellee. | Case Nos.: 13-CV-05612-LHK<br>　　　　　　　13-CV-05613-LHK<br><br>AMENDED ORDER TO<br>CONSOLIDATE CASES |
| ROBERT S. EDWARDS,<br><br>　　　　　　Appellant,<br><br>v.<br><br>PRIVATE CAPITAL FUND, LLC,<br><br>　　　　　　Appellee. | |

Pursuant to Rule 42(a)(1) of the Federal Rules of Civil Procedure, the Court hereby ORDERS the above-captioned appeals, *Robert S. Edwards v. Private Capital Fund, LLC*, Case No. 13-05612, and *Robert S. Edwards v. Private Capital Fund, LLC*, Case No. 13-05613, to be consolidated into Case No. 13-05612 for purposes of motions, discovery, and scheduling. This Order amends and supersedes the Court's previous order consolidating the appeals into Case No. 13-05613. ECF No. 7, Case No. 13-05612; ECF No. 7, Case No. 13-05613.

**IT IS SO ORDERED.**

Dated: December 27, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

1

Case Nos.: 13-CV-05612-LHK
　　　　　　13-CV-05613-LHK
AMENDED ORDER TO CONSOLIDATE CASES